UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Case No. 07-1023 |
| JORGE CRUZ-VELOZ and LUIS GUSTAVO PEREZ | : | CONTINUANCE ORDER |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant U.S. Attorney, appearing) and by defendant Luis Gustavo Perez (Frank Arleo, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of the public filing of the Indictment on December 19, 2007, pursuant to Title 18 of the United States Code, Section 3161(c), and as the parties require a continuance to confer with counsel and review discovery; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress and additional time is necessary to finalize plea agreements, which may render trial of this matter unnecessary.

2. Defendant Luis Gustavo Perez has consented to and requested the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this ___4___ day of May, 2008

ORDERED that the proceedings in the above-captioned matter are continued from May 5, 2008 through July 4, 2008;

IT IS FURTHER ORDERED that the period between from May 5, 2008 through July 4, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the trial in this matter will commence on _____, 2008.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge


Consented and Agreed to by:

_____
Frank Arleo
Counsel for Defendant Luis Gustavo Perez

_____
Harvey Bartle, IV
Assistant U.S. Attorney